# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 11, 2023
Lyle W. Cayce
Clerk

No. 22-60481
Summary Calendar

───────────

Arthur Doe; Brenda Doe; Carol Doe; Diana Doe; Elizabeth Doe,

*Plaintiffs—Appellees,*

*versus*

Lynn Fitch; Sean Tindell, *Commissioner of the Mississippi Department of Public Safety*; Megan Costilow, *Director of the Mississippi Sex Offender Registry*; Colonel Randy Ginn, *Director of the Mississippi Highway Patrol*; Lieutenant Colonel Charles Haynes, *Director of the Mississippi Bureau of Investigation*,

*Defendants—Appellants.*

───────────

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-789

───────────

Before Stewart, Dennis, and Willett, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

No. 22-60481

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.